**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lucy M. Aguayo, | CIV 15-2224-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Nancy A. Berryhill, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court having reviewed Plaintiff's "Unopposed Petition for Attorney Fees Under the Equal Access to Justice Act" (Doc. 30),

**IT IS ORDERED** that Plaintiff Lucy M. Aguayo's "Unopposed Petition for Attorney Fees Under the Equal Access to Justice Act" (Doc. 30) is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff is awarded $7,668.00 pursuant to the Equal Access to Justice Act;

**IT IS FURTHER ORDERED** that, this award shall be payable to Plaintiff and is subject to offset to satisfy any pre-existing debt that Plaintiff owes the United States pursuant to Astrue v. Ratliff, 560 U.S. 586, 594 (2010).

DATED this 15th day of December, 2017.

Michelle H. Burns
United States Magistrate Judge